UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 FEB 19 AM 10:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Hugo Alberto MADRIGAL-Gutierrez** Defendant. | Magistrate Case No. '08 MJ 0457 |
| | COMPLAINT FOR VIOLATION OF |
| | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- Bringing in Aliens for Financial Gain |
| | Title 18, U.S.C., Section 2- Aiding and Abetting |

The undersigned complainant being duly sworn states:

**Count I**

On or about **February 15, 2008**, within the Southern District of California, defendant **Hugo Alberto MADRIGAL-Gutierrez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Lucita GONZALEZ-Romero and Consuelo PIEDRA-Guzman**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

**Count II**

On or about **February 15, 2008**, within the Southern District of California, defendant **Hugo Alberto MADRIGAL-Gutierrez,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Lorena VAZQUEZ-Carrillo, Lucita GONZALEZ-Romero and Consuelo PIEDRA-Guzman**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19TH** DAY OF **FEBRURARY**, 2008.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Eric M. Velazquez, declare under penalty of perjury the following to be true and correct:

The complainant states that **VAZQUEZ-Carrillo, Lorena, GONZALEZ-Romero, Lucita and PIEDRA-Guzman, Consuelo** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial thereof by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On 02-15-2008 at about 2140 hours Hugo Alberto MADRIGAL-Gutierrez (Defendant) applied for entry into the United States from Mexico through the San Ysidro Port of Entry. Defendant was the driver of a brown 1989 Ford Aerostar. Defendant was accompanied by a Hispanic female, later identified as Lorena VAZQUEZ-Carrillo, who was the front seat passenger. Defendant and VAZQUEZ-Carrillo were the only visible occupants in the vehicle. A Customs and Border Protection (CBP) Officer's narcotics and human detection service canine alerted to the vehicle Defendant was driving. Defendant was approached by an Anti Terrorism Contraband Enforcement Team (ATCET) Officer. Defendant gave the ATCET Officer a negative Customs declaration. The ATCET Officer discovered what appeared to be persons lying under a cover on the cargo area of the vehicle. The ATCET Officer handcuffed Defendant and escorted him to the security office. Other ATCET Officers responded and took custody of VAZQUEZ-Carrillo, the vehicle and all other occupants.

In the secondary lot, CBP Officers removed a total of eleven individuals concealed in the rear cargo area of the vehicle. It was determined that Defendant, VAZQUEZ-Carrillo and the other eleven individuals are citizens of Mexico with no entitlements to enter or reside in the United States. The Material Witnesses (MW) in the case are identified as follows: **VAZQUEZ-Carrillo, Lorena (MW1), GONZALEZ-Romero, Lucita (MW2) and PIEDRA-Guzman, Consuelo (MW3).**

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted a man known to him as "El Vale" provided him with the Border Crossing Card he was to present and the vehicle used in the smuggling act. Defendant stated he was going to Los Angeles, CA to seek employment. Defendant stated he was originally going to be charged $3,000.00 to $3,500.00 (USD) to be smuggled into the United States. Defendant admitted he was to receive a discounted of $2,700.00 to 3,200.00 (USD) and only pay a reduced fee of $300.00 (USD) if he agreed to drive the vehicle across the border. Defendant admitted he had already paid the $300.00 (USD). Defendant admitted he was to drive the vehicle to the Palm Ave. exit and await an unknown vehicle to "flag him down." Defendant admitted he was to follow the unknown vehicle, deliver the brown Ford Aerostart and then take a bus ride to Los Angeles, California. Defendant admitted "El Vale" gave him a Border Crossing Card for him and VAZQUEZ-Carrillo. Defendant admitted he was instructed to tell the Officers that VAZQUEZ-Carrillo was his girlfriend. Defendant admitted he was in possession of both entry

**Continuation of Probable Cause Statement**
**U.S. vs. Hugo Alberto MADRIGAL-Gutierrez**

documents at all time. Defendant admitted knowing his passenger was an undocumented alien. Defendant admitted knowing there were aliens concealed in the cargo area of the vehicle but denied knowing how many were concealed. Defendant admitted knowing that presenting documents now lawfully issued to him is against the law. Defendant admitted VAZQUEZ-Carrillo was already seated in the vehicle when he took charge of it. Defendant denied being present when the concealed aliens entered the cargo area of the vehicle.

Separate videotaped interviews were conducted with Material Witnesses. All Material Witnesses admitted they are citizens of Mexico with no documents to lawfully enter or reside in the United States. All Material Witnesses stated they were going to California to seek employment. Two Material Witnesses stated they were to pay $2,500.00 to $3,000.00 (USD) to be smuggled into the United States. One Material Witness stated her cousins were to pay an unknown amount of money to be smuggled into the United States.

EXECUTED ON THIS **16TH** DAY OF **FEBRUARY 2008** AT **10:00 AM**.

07071

Eric M. Velazquez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the defendant named therein committed the offense on **February 15, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

2/17/08 1502 hrs
DATE / TIME