UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Hugo Alberto Madrigal-Gutierrez

Defendant(s)

CRIMINAL NO. 08mj 457

ORDER

RELEASING MATERIAL WITNESS

Booking No.

2008 FEB 28 A 3:0 FILED

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Lorena Vazquez-Carrillo

DATED: 2/28/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082